PD-1429-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/13/2015 2:42:18 PM
Accepted 11/13/2015 2:44:46 PM
ABEL ACOSTA
CLERK

CAUSE NO. PD-1429-14

| | | |
|---|---|---|
| KENNETH NEAL WALKER | § | IN THE COURT OF CRIMINAL |
| VS. | § | APPEALS IN |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

November 13, 2015

ABEL ACOSTA, CLERK

## MOTION TO EXTEND TIME TO FILE THE BRIEF ON THE MERITS

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant and Petitioner in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.   This case is on appeal from the 241st Judicial District Court of Smith County, Texas.

2.   The case below was styled  State v. Kenneth Neal Walker and numbered 241-0592-12.

3.   Appellant was convicted of Injury to a Child, Elderly or Disabled Individual and was assessed a sentence of twenty-five (25) years confinement in the Texas Department of Criminal Justice-Institutional Division.

4.   The Appellant's Brief was filed with the Twelfth Court of Appeals, Tyler, Texas on July 3, 2013.  The Opinion was issued on September 17, 2014 by the Twelfth Court of Appeals, Tyler, Texas.

5.   The Petition for Discretionary Review was filed on November 17, 2014.  The Petition for Discretionary Review was granted on October 14, 2015.

6.   Counsel requests the Court an extension of ninety (90) days due to the number of briefs with deadlines.  Appellant requests an extension of time due to the following facts and circumstances.

Since the Petition for Discretionary Review was granted in this case, Counsel

has:

A. Attended a federal seminar entitled "Defending the White Collar Case: In and Out of Court" in New York, New York starting on October 22, 2015 and concluding on October 24, 2015;

B. Filed the Appellant's Brief with the Twelfth Court of Appeals in Case No. 12-15-00071-CR, Harold Bass, Jr. v. The State of Texas on October 30, 2015 with no further extensions;

C. Tried the cases entitled, Case Nos. 201403358 and 201403357, Commission on Lawyer Discipline v. J. R. T. in Rusk County, Texas on October 30, 2015;

D. Participated in the Texas Indigent Defense Commission Webinar on the criminal appellate Delphi Seminar on November 10, 2015. Appellant's Attorney is board certified in Criminal Appellant Law and is also a member of the PDP Criminal Law Planning Committee for the State Bar of Texas; and

E. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Federal and State District Courts, and hearings in Smith, Rains and Van Zandt Counties.

7. Appellant's Counsel has the following briefs that are also due to the Twelfth Court of Appeals:

A. Cedric Humber v. The State of Texas, Case No. 12-15-00239-CR, on November 12, 2015;

B. Steven Moore v. The State of Texas, Case No. 12-15-00195-CR, on November 30, 2015, with no further extensions;

C. Gaylord Stevens v. The State of Texas, Case Nos. 12-15-00162-CR, 12-15-00163-CR and 12-15-00164-CR;

D. In the Matter of S. M., a juvenile, Case No. 12-15-00243-CV, upon

completion of the Clerk's Record and Reporter's Record;

E.      Neal Hunter v. The State of Texas, Case No. 12-15-00268-CR, upon the completion of the Clerk's Record and Reporter's Record; and

F.      Joseph Neal Jones v. The State of Texas, Case No. 12-15-00267-CR, upon the completion of the Clerk's Record and Reporter's Record.

Appellant requests an extension of time due to the above referenced facts and circumstances.

8.      Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of ninety (90) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on November 13, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, and Lisa McMinn, State Prosecuting Attorney, PO Box 12405, Austin, Texas 78711, by regular mail, fax, or hand delivery.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.